_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: January 28, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:                                                  CHAPTER 13
KAREN CHANELLE BATES                      CASE NO. 21-50070-KMS

**ORDER RELEASING EARNINGS OF DEBTOR**
**KAREN CHANELLE BATES (SSN # XXX-XX-1664)**

THE ORDER **(Dkt. 11)** heretofore entered in these proceedings by which the debtor's employer:

                 GULF COAST VA MEDICAL CENTER
                 ATTN: PAYROLL DEPARTMENT
                 400 VETERANS AVE
                 BILOXI, MS 39531

was directed to pay Debtor's wages or a portion thereof to:

                 WARREN A. CUNTZ, JR. TRUSTEE
                 P.O. BOX 3749
                 GULFPORT MS 39505-3749
                 (228) 831-9531 / (228) 831-9902

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##