United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                                    Case No. 21-50070-KMS
Karen Chanelle Bates                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Jan 28, 2026      Form ID: pdf012      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol  Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Karen Chanelle Bates, 310 Abbey Court F5, Biloxi, MS 39531-4017 |
|  | + Gulf Coast VA Medical Center, Attn Payroll Department, 400 Veterans Ave, Biloxi, MS 39531-2410 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:

**Name**      **Email Address**

Jennifer A Curry Calvillo
     on behalf of Debtor Karen Chanelle Bates jennifer@therollinsfirm.com
     jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Thomas Carl Rollins, Jr
     on behalf of Debtor Karen Chanelle Bates trollins@therollinsfirm.com
     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
     USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jan 28, 2026 | Form ID: pdf012 | Total Noticed: 2 |

wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 4

_____



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 28, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

IN RE:                                                     **CHAPTER 13**
**KAREN CHANELLE BATES**                                **CASE NO. 21-50070-KMS**

**ORDER RELEASING EARNINGS OF DEBTOR**
**KAREN CHANELLE BATES (SSN # XXX-XX-1664)**

THE ORDER **(Dkt. 11)** heretofore entered in these proceedings by which the debtor's employer:

        **GULF COAST VA MEDICAL CENTER**
        **ATTN: PAYROLL DEPARTMENT**
        **400 VETERANS AVE**
        **BILOXI, MS 39531**

was directed to pay Debtor's wages or a portion thereof to:

        **WARREN A. CUNTZ, JR. TRUSTEE**
        **P.O. BOX 3749**
        **GULFPORT MS 39505-3749**
        **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##