**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Karen Bates, Debtor                           Case No. 21-50070-KMS
                                                       Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13
DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  /s/ Karen Bates_____                                      02-03-2026___
        Karen Bates                                                                                                    Date

/s/ Thomas C. Rollins, Jr._____                                                        02-03-2026___
Thomas C. Rollins, Jr., MS Bar No. 103469                                                Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

**CERTIFICATE OF SERVICE**

    On February 3, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                  /s/ Thomas C. Rollins, Jr._____
                                                  Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>KAREN BATES | CASE NO: 21-50070<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 2/3/2026, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/3/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>KAREN BATES | CASE NO: 21-50070<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 2/3/2026, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/3/2026

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | ~~EXCLUDE~~ | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-50070<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>TUE FEB 3 11-43-30 PST 2026 | ~~(U)EDUCATIONAL CREDIT MANAGEMENT CORPORATION~~ | SPEEDYRAPID CASH<br>PO BOX 780408<br>WICHITA  KS 67278-0408 |
| SPEEDYRAPID CASH<br>PO BOX 782260<br>WICHITA  KS 67278-2260 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ | AARONS FURNITURE<br>2560 ROBINSON RD<br>JACKSON  MS 39209-7029 |
| ACCEPTANCE NOW<br>5501 HEADQUARTERS<br>PLANO  TX 75024-5837 | ADVANCE FINANCIAL 247<br>100 OCEANSIDE DRIVE<br>NASHVILLE  TN 37204-2351 | CAPITAL ONE BANK USA<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION<br>PO BOX 16408<br>ST PAUL  MN 551160408 | FRANKLIN COLLECTION SE<br>2978 W JACKSON ST<br>TUPELO  MS 38801-6731 | GREAT LAKES<br>PO BOX 7860<br>MADISON  WI 53707-7860 |
| INTEGRA CREDIT<br>200 W JACKSON BLVD<br>STE 500<br>CHICAGO  IL 60606-6949 | KARL ROBINSON<br>5115 BROOKHOLLOW DR<br>JACKSON  MS 39212-2012 | KOHLS CO PERITUS PORTFOLIO<br>PO BOX 141509<br>IRVING  TX 75014-1509 |
| KOHLSCAPITAL ONE<br>PO BOX 3115<br>MILWAUKEE  WI 53201-3115 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 | MERIT HEALTH<br>PO BOX 281441<br>ATLANTA  GA 30384-1441 |
| MERIT HEALTH RIVER OAK<br>1030 RIVER OAKS DR<br>FLOWOOD  MS 39232-9553 | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 22808<br>JACKSON  MS 39225-2808 | NPRTO SOUTHEAST  LLC<br>256 WEST DATA DRIVE<br>DRAPER  UTAH 84020-2315 |
| NELNET<br>PO BOX 82561<br>LINCOLN  NE 68501-2561 | NELNET ON BEHALF OF PENNSYLVANIA<br>HIGHER EDUCATION ASSISTANCE AGENCY<br>PHEAA<br>PO BOX 8147<br>HARRISBURG  PA 17105-8147 | ONEMAIN FINANCIAL<br>PO BOX 1010<br>EVANSVILLE  IN 47706-1010 |
| ONEMAIN FINANCIAL GROUP  LLC<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 | (P)WAKEFIELD  ASSOCIATES<br>PO BOX 58<br>FORT MORGAN CO 80701-0058 | PARAGON REVENUE GROUP<br>P O BOX 127<br>CONCORD  NC 28026-0127 |

| | | |
|---|---|---|
| PENN FOSTER<br>PO BOX 1900<br>SCRANTON PA 18505-0900 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PROGRESSIVE LEASING<br>256 W DATA DR<br>DRAPER UT 84020-2315 |
| (P)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | ~~EXCLUDE~~<br>~~(D)(P)REPUBLIC FINANCE LLC~~<br>~~282 TOWER RD~~<br>~~PONCHATOULA LA 70454-8318~~ | SANTANDER CONSUMER USA<br>PO BOX 961211<br>FORT WORTH TX 76161-0211 |
| SMITH ROUCHON ASSOC<br>1456 ELLIS AVENUE<br>JACKSON MS 39204-2204 | SPEEDY CASH<br>3611 N RIDGE RD<br>WICHITA KS 67205-1214 | SPEEDYRAPID CASH<br>ATTN BANKRUPTCY DEPARTMENT<br>2312 E TRINITY MILLS RD STE 100<br>CARROLLTON TX 75006-1955 |
| UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON WI 53708-8973 | UNITED STATES DEPARTMENT OF EDUCATION<br>NELNET<br>121 S 13TH STREET<br>LINCOLN NE 68508-1922 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ |
| (P)USCB CORPORATION<br>PO BOX 75<br>ARCHBALD PA 18403-0075 | ~~EXCLUDE~~<br>~~(D)(P)WAKEFIELD ASSOCIATES~~<br>~~PO BOX 58~~<br>~~FORT MORGAN CO 80701-0058~~ | WESTLAKE FINANCIAL<br>PO BOX 54807<br>LOS ANGELES CA 90054-0807 |
| WESTLAKE SERVICES LLC<br>CO RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | WORLD FINANCE<br>315 CROSSGATES BLVD<br>SUITE I<br>BRANDON MS 39042-2615 | WORLD FINANCE<br>WORLD ACCEPTANCE CORP ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 |
| JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG MS 39401-3836 | DEBTOR<br>KAREN CHANELLE BATES<br>310 ABBEY COURT F5<br>BILOXI MS 39531-4017 | ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ |

~~EXCLUDE~~

~~(P)WARREN A CUNTZ T1 JR~~
~~PO BOX 3749~~
~~GULFPORT MS 39505-3749~~