United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                                    Case No. 21-50070-KMS

Karen Chanelle Bates                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                    Page 1 of 3

Date Rcvd: Mar 02, 2026                   Form ID: 3180W                           Total Noticed: 42

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen Chanelle Bates, 2366 Trafalgar Drive, Biloxi, MS 39531-2228 |
| 4967593 | + | Integra Credit, 200 W Jackson Blvd, Ste 500, Chicago, IL 60606-6949 |
| 4967594 | + | Karl Robinson, 5115 Brookhollow Dr, Jackson, MS 39212-2012 |
| 4989234 | + | Kohl's c/o Peritus Portfolio, P.O. Box 141509, Irving, TX 75014-1509 |
| 4967596 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |
| 4967597 | + | Merit Health River Oak, 1030 River Oaks Dr, Flowood, MS 39232-9553 |
| 4975758 | + | Nelnet on behalf of Pennsylvania, Higher Education Assistance Agency, PHEAA, PO Box 8147, Harrisburg, PA. 17105-8147 |
| 4967602 | + | Penn Foster, PO box 1900, Scranton, PA 18505-0900 |
| 4967612 | + | World Finance, 315 Crossgates Blvd, Suite I, Brandon, MS 39042-2615 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkinfo@ccfi.com | Mar 02 2026 19:53:00 | Speedy/Rapid Cash, PO Box 782260, Wichita, KS 67278-2260 |
| cr | + | Email/Text: bkinfo@ccfi.com | Mar 02 2026 19:53:00 | Speedy/Rapid Cash, PO Box 780408, Wichita, KS 67278-0408 |
| 4967587 | + | Email/Text: bankruptcynotices@aarons.com | Mar 02 2026 19:53:00 | Aarons Furniture, 2560 Robinson Rd., Jackson, MS 39209-7029 |
| 4967588 | + | Email/Text: bankruptcy@rentacenter.com | Mar 02 2026 19:54:00 | Acceptance Now, 5501 Headquarters, Plano, TX 75024-5837 |
| 4967589 | + | Email/Text: bankruptcy@af247.com | Mar 02 2026 19:54:00 | Advance Financial 24/7, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 4967590 | + | EDI: CAPITALONE.COM | Mar 03 2026 00:51:00 | Capital One Bank USA, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5019304 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 02 2026 19:53:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 4967591 | + | Email/Text: FSBank@franklinservice.com | Mar 02 2026 19:53:00 | Franklin Collection Se, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 4967592 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 02 2026 19:53:00 | Great Lakes, PO Box 7860, Madison, WI 53707-7860 |
| 4967595 | + | EDI: CAPITALONE.COM | Mar 03 2026 00:51:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 4967598 | | EDI: MSDOR | Mar 03 2026 00:51:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 4977866 | | EDI: MSDOR | Mar 03 2026 00:51:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |
| 4980417 | + | Email/Text: ecfbankruptcy@progleasing.com | Mar 02 2026 19:53:00 | NPRTO South-East, LLC, 256 West Data Drive, |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 02, 2026 | Form ID: 3180W | Total Noticed: 42 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Draper, Utah 84020-2315 |
| 4967599 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 02 2026 19:53:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 4967600 | + | EDI: AGFINANCE.COM | Mar 03 2026 00:51:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 4972702 | + | EDI: AGFINANCE.COM | Mar 03 2026 00:51:00 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 4967603 |  | EDI: PRA.COM | Mar 03 2026 00:51:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 4967601 | + | Email/Text: bkrnotice@prgmail.com | Mar 02 2026 19:53:00 | Paragon Revenue Group, P O Box 127, Concord, NC 28026-0127 |
| 4967604 | + | Email/Text: ecfbankruptcy@progleasing.com | Mar 02 2026 19:53:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 4967605 |  | Email/Text: bankruptcy@republicfinance.com | Mar 02 2026 19:54:00 | Republic Finance, 520 E Pass Rd Ste D, Gulfport, MS 39507 |
| 4969738 |  | Email/Text: bankruptcy@republicfinance.com | Mar 02 2026 19:54:00 | Republic Finance, Republic Finance, LLC, 282 Tower Rd, Ponchatoula, La 70454 |
| 4967606 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 02 2026 19:53:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 4967607 | + | Email/Text: Tracey@sra-inc.net | Mar 02 2026 19:53:00 | Smith Rouchon & Assoc., 1456 Ellis Avenue, Jackson, MS 39204-2204 |
| 4967608 | + | Email/Text: bkinfo@ccfi.com | Mar 02 2026 19:53:00 | Speedy Cash, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 4984893 | + | Email/Text: bkinfo@ccfi.com | Mar 02 2026 19:53:00 | Speedy/Rapid Cash, Attn Bankruptcy Department, 2312 E Trinity Mills Rd Ste 100, Carrollton TX 75006-1955 |
| 4976960 |  | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 02 2026 19:53:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON WI 53708-8973 |
| 4967609 |  | Email/Text: bankruptcy@uscbcorporation.com | Mar 02 2026 19:53:00 | Uscb Corporation, Po Box 75, Archbald, PA 18403 |
| 5252505 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 02 2026 19:53:00 | United States Department of Education, Nelnet, 121 S 13th Street, Lincoln, NE 68508-1922 |
| 4968925 |  | Email/Text: bankruptcy.accounts@wakeassoc.com | Mar 02 2026 19:53:00 | PINNACLE FUNDS II, LLC, C/O WAKEFIELD & ASSOCIATES INC., PO BOX 50250, KNOXVILLE, TN 37950-0250 |
| 4967610 |  | Email/Text: bankruptcy.accounts@wakeassoc.com | Mar 02 2026 19:53:00 | Wakefield & Associates, Po Box 50250, Knoxville, TN 37950 |
| 4967611 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Mar 02 2026 19:53:00 | Westlake Financial, PO Box 54807, Los Angeles, CA 90054-0807 |
| 4981114 |  | Email/PDF: resurgentbknotifications@resurgent.com | Mar 02 2026 19:59:45 | Westlake Services, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 4974456 | + | Email/Text: bk@worldacceptance.com | Mar 02 2026 19:53:00 | World Finance, World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Educational Credit Management Corporation |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Mar 02, 2026 | Form ID: 3180W | Total Noticed: 42 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026           Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Karen Chanelle Bates jennifer@therollinsfirm.com<br>jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Karen Chanelle Bates trollins@therollinsfirm.com<br>jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Karen Chanelle Bates** | Social Security number or ITIN   **xxx–xx–1664** |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   __–_____ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **21–50070–KMS**

---

# Order of Discharge

12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Karen Chanelle Bates**
fka Karen Robinson

Dated: 3/2/26

By the court:   /s/Katharine M. Samson
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

Form 3180W   **Chapter 13 Discharge**   page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**